# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Daniel Arenas<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-1233-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Tuesday, May 13,_____, _2025_____, at _1:30_____ ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen, U.S. Magistrate Judge_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 12, 2025

Hon. Stephanie S. Christensen
U.S. Magistrate Judge